IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTIAN D. GATES,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**S. SERGENT, et al.,**<br><br>　　　　　　　　　　　　Defendants. | Case No. 2:22-cv-01576-DAD KJN P<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO OPT OUT OF THE POST-SCREENING ADR PROJECT** |

Pending before the court is defendants' motion to opt out of the Post-Screening ADR Project. Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt out of the Post-Screening ADR Project (ECF No. 30) is granted;
2. The stay in this action is lifted.

Dated:  April 20, 2023

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Gates1576.opt

1

[Proposed] Order re. Defs.' Mot. to Opt Out of the Post-Screening ADR (2:22-cv-01576-DAD-KJN)