IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHRISTIAN D. GATES,**<br><br>                              Plaintiff,<br><br>       v.<br><br>**S. SERGENT, et al.,**<br><br>                              Defendants. | 2:22-cv-01576-DAD-KJN<br><br>**ORDER MODIFYING THE DISCOVERY AND SCHEDULING ORDER** |

Defendants M. Culum, S. Reynolds, P. Gann, S. Sergent, and K. Baliton (Defendants) moved for an order modifying the discovery and scheduling order. Based on the moving papers and the declaration of counsel, the Court finds good cause to grant the application.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Defendants' requested extension of time (ECF No. 35) is granted; and

2. Defendants may file a dispositive motion or pretrial motions no later than February 26, 2024.

Dated:  November 28, 2023

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Gates1576.eot(2)