IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHRISTIAN D. GATES,** | 2:22-cv-01576-DAD-KJN |
| Plaintiff, | **ORDER** |
| v. | |
| **S. SERGENT, et al.,** | |
| Defendants. | |

    Pending before the court is defendants' motion to modify the scheduling order. (ECF No. 37.) For the reasons stated herein, defendants' motion is granted.

    The dispositive motion deadline is February 26, 2024. In the pending motion, defendants state that plaintiff is currently being prosecuted in Amador County Superior Court. Defendants state that plaintiff's criminal prosecution arises from the same underlying events that form the basis of plaintiff's complaint in this action. Defendants state that plaintiff's criminal case has not yet proceeded to trial, and plaintiff is scheduled to appear for a trial setting conference on February 23, 2024.

    In the pending motion, defendants request that the dispositive motion deadline be vacated and that they be granted fourteen days from the dispositive motion deadline to file a motion to stay this action pending the resolution of the pending criminal prosecution of plaintiff.

////

Good cause appearing, IT IS HEREBY ORDERED THAT:

1. Defendants' motion to modify the scheduling order (ECF No. 37) is granted;

2. The February 26, 2024, dispositive motion deadline is vacated;

3. Defendants shall file a motion to stay this action no later than March 11, 2024; and

4. The dispositive motion deadline and other case deadlines will be reset, if necessary, after the Court issues a decision on a motion to stay this matter.

Dated:  February 26, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Gates1576.mod