UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN D. GATES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>S. SERGENT, et al.,<br><br>　　　　　Defendants. | No. 2:22-cv-1576 DAD CSK P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On April 26, 2024, this Court stayed this action pending resolution of the criminal proceedings against plaintiff in Amador County. (ECF No. 41.) On June 25, 2024, defendants filed a status report stating that the Amador County criminal action against plaintiff was recently dismissed following the preliminary hearing. (ECF No. 42.) Defendants request that the Court lift the stay and set the dispositive motion deadline for sixty days from the date of the order lifting the stay. (Id.)

　　　　Good cause appearing, IT IS HEREBY ORDERED that:

　　　　1. The stay of this action is lifted; and

　　　　2. The parties may file dispositive motions on or before August 27, 2024.

///

///

1

Dated: June 26, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Gates1576.ord

2