UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN D. GATES,<br><br>  Plaintiff,<br><br>  v.<br><br>S. SERGENT, et al.,<br><br>  Defendants. | No. 2:22-cv-01576-DAD-CSK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION DUE TO PLAINTIFF'S FAILURE TO PROSECUTE<br><br>(Doc. Nos. 44, 50) |

Plaintiff Christian D. Gates is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 27, 2024, defendants filed a motion for summary judgment in their favor. (Doc. No. 44.) When no opposition was filed by plaintiff to that motion, the assigned magistrate judge ordered plaintiff to file opposition, if any, to the motion for summary judgment within thirty days of the date of that order. (Doc. No. 46.) When opposition was still not filed by plaintiff within the time provided, the magistrate issued findings and recommendation on November 4, 2024 recommending that this action be dismissed due to plaintiff's failure to prosecute. (Doc. No. 47.) Shortly thereafter, plaintiff filed a motion seeking a 90-day extension of time to file opposition to the motion for summary judgment. (Doc. No. 48.) The magistrate judge vacated the November 4, 2024 findings and recommendations, granted plaintiff's request in

part — providing that plaintiff's opposition brief be filed within thirty days of November 21, 2024, denied plaintiff's request pursuant to Federal Rule of Civil Procedure 56(d) to defer consideration of defendants' motion for summary judgment pending further discovery, and updated plaintiff's address of record. (Doc. No. 49.) More than thirty days have passed since the issuance of that order and, to date, plaintiff has not filed any opposition to defendants' pending motion for summary judgment despite the granting of the extension of time in which to do so.

Accordingly, on January 6, 2025, the magistrate judge issued findings and recommendations, recommending that this action be dismissed due to plaintiff's failure to prosecute this action. (Doc. No. 50.) The findings and recommendations were served upon plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 3.) To date, plaintiff has not filed any objections and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on January 6, 2025 (Doc. No. 50) are adopted in full;

2. This action is dismissed, without prejudice, due to plaintiff's failure to prosecute this action;

3. Defendants' motion for summary judgment (Doc. No. 44) is denied as having been rendered moot by this order; and

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **February 19, 2025**              _Dale A. Drozd_
                                            DALE A. DROZD
                                            UNITED STATES DISTRICT JUDGE