UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN D. GATES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>S. SERGENT, et al.,<br><br>　　　　　Defendants. | No.  2:22-cv-01576-DAD-CSK (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION AND REOPENING THIS CASE<br><br>(Doc. No. 53) |

　　　　Plaintiff Christian D. Gates is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On August 27, 2024, defendants filed a motion for summary judgment in their favor. (Doc. No. 44.)  When no opposition was filed by plaintiff to that motion, the assigned magistrate judge ordered plaintiff to file opposition, if any, to the motion for summary judgment within thirty days of the date of that order.  (Doc. No. 46.)  When opposition was still not filed by plaintiff within the time provided, the magistrate issued findings and recommendation on November 4, 2024 recommending that this action be dismissed due to plaintiff's failure to prosecute.  (Doc. No. 47.)  Shortly thereafter, plaintiff filed a motion seeking a 90-day extension of time to file opposition to the motion for summary judgment.  (Doc. No. 48.)  The magistrate judge vacated the November 4, 2024 findings and recommendations, granted plaintiff's request in

1

1 | part — providing that plaintiff's opposition brief be filed within thirty days of November 21,
2 | 2024, denied plaintiff's request pursuant to Federal Rule of Civil Procedure 56(d) to defer
3 | consideration of defendants' motion for summary judgment pending further discovery, and
4 | updated plaintiff's address of record. (Doc. No. 49.) Plaintiff still did not file any opposition to
5 | defendants' motion for summary judgment, and accordingly, on January 6, 2025, the magistrate
6 | judge issued findings and recommendations, recommending that this action be dismissed due to
7 | plaintiff's failure to prosecute this action. (Doc. No. 50.) The findings and recommendations
8 | were served upon plaintiff and contained notice that any objections thereto were to be filed within
9 | fourteen (14) days after service. (*Id.* at 3.) Plaintiff filed no objections, and on February 20,
10 | 2025, the undersigned adopted the magistrate judge's findings and recommendations, dismissed
11 | this action for failure to prosecute, and directed the Clerk of the Court to close this case. (Doc.
12 | Nos. 51, 52.)

13 | On April 11, 2025, plaintiff filed a motion for an extension of time in which to file his
14 | opposition to defendants' motion for summary judgment. (Doc. No. 53.) In plaintiff's motion,
15 | plaintiff explains that he has not "intentionally abanon[ed] or failed to prosecute his case," but he
16 | "suffers of mental health issues that cause sever[e] episodes of bed ridden paranoid depression."
17 | (*Id*. at 2.) Plaintiff informs the court that he was also recently transferred from Salinas Valley
18 | State Prison to the Richard J. Donovan Correctional Facility[1], and "was not in possession of his
19 | property or legal work" for a period of time. (*Id*. at 1.) Plaintiff further explains that he "has no
20 | legal training and limited education" but that he "wrote more than 29 attorneys" and has found a
21 | "jailhouse lawyer that is willing to assist [him] getting back on track with his case." (*Id*. at 2.)
22 | He also states that he expects to file a response to defendants' motion for summary judgment by
23 | June 30, 2025 if his request is granted. (*Id*.)

24 | The court finds that plaintiff's explanations regarding his health and his recent transfer
25 | between facilities and lack of access to his belongings constitute inadvertence and excusable
26 | neglect justifying relief under Federal Rule of Civil Procedure 60(b)(1). Accordingly, the court

---

[1] The California Department of Corrections and Rehabilitation Inmate Locator confirms that plaintiff is now incarcerated at the Richard J. Donovan Correctional Facility in San Diego, CA.

will vacate its prior order adopting the findings and recommendations and closing this case and will grant plaintiff one final extension of time in which to oppose defendants' motion for summary judgment.

Accordingly,

1. Plaintiff's motion for an extension of time in which to file an opposition to defendants' motion for summary judgment (Doc. No. 53) is hereby GRANTED;

2. Plaintiff shall file his opposition to defendants' motion for summary judgment no later than June 30, 2025[2];

3. The Clerk of the Court is directed to REOPEN this case;

4. The Clerk of the Court is also directed to UPDATE court records to reflect plaintiff's new address at Richard J. Donovan Correctional Facility, 480 Alta Road, San Diego, CA 92179; and

5. This matter is REFERRED back to the magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   **April 18, 2025**              /s/ Dale A. Drozd
                                         DALE A. DROZD
                                         UNITED STATES DISTRICT JUDGE

---

[2] Plaintiff is forewarned that his failure to do so will result in the dismissal of this action and that no further extensions of time to file opposition to defendants' motion for summary judgment will be granted.