IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHRISTIAN D. GATES,**<br><br>Plaintiff,<br><br>v.<br><br>**S. SERGENT, et al.,**<br><br>Defendants. | 2:22-cv-01576-DAD-CSK<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE REPLY BRIEF** |

Defendants M. Culum, S. Reynolds, P. Gann, S. Sergent, and K. Baliton (Defendants) moved for an order extending their time to file a reply brief by two weeks. Based on the moving papers and the declaration of counsel, the Court finds good cause to grant the application.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Defendants' motion for extension of time (ECF No. 57) is GRANTED;
2. Defendants may file a reply brief no later than May 19, 2025.

Dated: May 7, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Gates1576.eot(r)/2

1

[Proposed] Order (2:22-cv-01576-DAD-CSK (PC))