UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN D. GATES,<br><br>   Plaintiff,<br><br>   v.<br><br>S. SERGENT, et al.,<br><br>   Defendants. | No. 2:22-cv-01576-DAD-CSK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. Nos. 44, 60) |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 25, 2025, the magistrate judge issued findings and recommendations recommending that defendants' motion for summary judgment (Doc. No. 44) on plaintiff's Eighth Amendment excessive use of force claim be denied. (Doc. No. 60.) Specifically, the magistrate judge concluded that based upon the evidence presented on summary judgment defendants had failed to establish that the force used against plaintiff was reasonable and proportional to the need for the use of force. (*Id.* at 13–15.) Similarly, the magistrate judge concluded based upon the evidence submitted on summary judgment that defendants had failed to

/////

1

establish that they were entitled to judgment in their favor on qualified immunity grounds. (*Id.* at 16–17.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 17.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on July 25, 2025 (Doc. No. 60), are adopted;
2. Defendants' motion for summary judgment (Doc. No. 44), is denied; and
3. This matter is referred back to the magistrate judge for further proceedings, including the scheduling of this case for Final Pretrial Conference and Trial.

IT IS SO ORDERED.

Dated: **September 10, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE