# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

CHRISTIAN D. GATES,                                      No. 2:22-cv-01576 DAD CSK P

                Plaintiff,

        v.                                                      **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

S. SERGENT, et al.,
                Defendants.

_____/

Christian D. Gates, CDCR # AM-9420, a necessary and material witness in a settlement conference in this case on November 12, 2025, is confined in the Richard J. Donovan Correctional Facility ("RJD"), in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Sean C. Riordan, by Zoom video conference from his place of confinement, on Wednesday, November 12, 2025 at 10:00 a.m.

Accordingly, IT IS ORDERED that:

1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.  Zoom video conference connection information will be supplied via separate email.

2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3.  The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at the Richard J. Donovan Correctional Facility at (619) 671-7566 or via email.

4.  Any difficulties connecting to the Zoom video conference shall immediately be reported to Shelly Her, Courtroom Deputy, at sher@caed.uscourts.gov.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, RJD, 480 Alta Road, San Diego, California 92179:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Riordan at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  October 27, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Gate1576.841Z/2