UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN D. GATES, | No. 2:22-cv-01576 DAD CSK P |
| Plaintiff, | |
| v. | ORDER |
| S. SERGENT, et al., | |
| Defendants. | |

    Plaintiff is a state prisoner proceeding with a civil rights action pursuant to 42 U.S.C. § 1983. On October 3, 2025, this Court appointed Benjamin Rudolph Delson for the limited purpose of representing plaintiff at a settlement conference. (ECF No. 62.) On November 12, 2025 a settlement conference was held. (ECF No. 68.) This action did not settle. (Id.) Following the settlement conference, attorney Delson informed the Court that he is willing to represent plaintiff through trial.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. The scope of Benjamin Rudolph Delson's appointment to represent plaintiff is expanded and attorney Delson is appointed to represent plaintiff through trial in the above titled matter; and

    2. Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if he

///

1

1  has any questions related to his appointment.

3  Dated: November 18, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

8  Gates1576.31(ext)/2

2