UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTIAN D. GATES,<br><br>*Plaintiff,*<br><br>v.<br><br>S. SERGENT, et al.,<br><br>*Defendants.* | Case No.: 2:22-CV-01576 DAD CSK P<br><br>**STIPULATION AND MODIFIED ORDER RE: DISCOVERY** |

WHEREAS, Plaintiff, a state prisoner, commenced this matter on September 8, 2022, proceeding *pro se* and seeking relief under 42 U.S.C. § 1983; and

WHEREAS, by an Order dated April 20, 2023 (Dkt. 32) the Court ordered all fact discovery to be completed by August 28, 2023; and

WHEREAS, prior to the close of fact discovery, Plaintiff, proceeding *pro se*, did not conduct any discovery; and

WHEREAS, after the close of fact discovery, by an Order dated November 18, 2025 (Dkt. 69) the Court appointed Benjamin Rudolph Delson as trial counsel for Plaintiff in the above matter; and

1   WHEREAS, the parties to this matter have met and conferred, and have agreed that, it
2   would be in the interest of justice and would promote the orderly and efficient resolution of this
3   case for Plaintiff, through appointed counsel, to conduct limited discovery in this matter; and
4   WHEREAS, the parties seek no extensions of time with respect to any deadlines set by
5   the Court;
6   IT IS HEREBY STIPULATED AND AGREED THAT:
7   (1) Discovery shall be re-opened, with all fact discovery in this matter to be concluded
8   by March 31, 2026; and
9   (2) Any experts shall be designated at least 90 days prior to trial in this matter; any
10  rebuttal experts shall be designated at least 60 days prior to trial in this matter; and all expert
11  discovery shall conclude at least 30 days prior to trial in this matter.
12  IT IS SO STIPULATED AND AGREED:

Dated:  November 24, 2025    /s/ Benjamin Rudolph Delson
Benjamin Rudolph Delson (State Bar No. 337882)
Law Office of Rudolph Delson PC
2001 H Street
Sacramento, CA 95811
(916) 970-7100
rd@rudolphdelson.com
*Attorney for Plaintiff Christian Gates*


Dated: November 24, 2025    /s/ Robert Henkels
Rob Bonta (State Bar No. 202668)
Attorney General of California
Preeti Bajwa (State Bar No. 232484)
Supervising Deputy Attorney General
Robert W. Henkels (State Bar No. 255410)
Deputy Attorney General
455 Golden Gate Ave, Suite 11000
San Francisco, CA 94102-7004
(415) 510-3881
Robert.Henkels@doj.ca.gov
*Attorneys for Defendants S. Sergent et al.*

-3-

**MODIFIED ORDER**

(1)  Discovery shall be re-opened, with all fact discovery in this matter to be concluded by March 31, 2026; and

(2)  Any experts shall be designated at least 90 days prior to trial in this matter; any rebuttal experts shall be designated at least 60 days prior to trial in this matter; and all expert discovery shall conclude at least 30 days prior to trial in this matter.

(3)  By separate order, this Court will issue a further scheduling order setting the pretrial conference and jury trial.

IT IS SO ORDERED.

Dated:  November 24, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Gate1576.stip/2