**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| CHRISTIAN D. GATES,<br><br>*Plaintiff,*<br><br>v.<br><br>S. SERGENT, et al.,<br><br>*Defendants.* | Case No.:  2:22-CV-01576 DAD CSK P<br><br><br>**STIPULATION AND ORDER RE:**<br>**DISCOVERY** |

WHEREAS, after the close of fact discovery, by an Order dated November 18, 2025 (Dkt. 69) the Court appointed Benjamin Rudolph Delson as trial counsel for Plaintiff in the above matter; and

WHEREAS, by an Order dated November 25, 2025 the Court ordered that discovery be reopened and that fact discovery be concluded by March 31, 2026; and

WHEREAS, the parties have met and conferred, and Plaintiff does not anticipate conducting further fact discovery, but Defendant requires an additional 30 days to complete its responses to certain discovery requests already served by Plaintiff; and

WHEREAS, the parties are meeting and conferring as to whether all parties will consent to having the Magistrate Judge conduct all further proceedings in this matter, including trial and the entry of judgment; and

WHEREAS, this is the first extension of time the parties have requested with respect to reopened discovery;

IT IS HEREBY STIPULATED AND AGREED THAT:

-1-
Stipulation and Order — 2:22-CV-01576 DAD CSK P

(1)  All fact discovery in this matter shall be concluded by April 30, 2026; and

(2)  Any experts shall be designated at least 90 days prior to trial in this matter; any rebuttal experts shall be designated at least 60 days prior to trial in this matter; and all expert discovery shall conclude at least 30 days prior to trial in this matter.

(3) The parties shall inform the Court on or before April 30, 2026 whether all parties consent to the Magistrate Judge conducting all further proceedings, including trial and the entry of judgment, in this matter.

IT IS SO STIPULATED AND AGREED:


Dated:  April 3, 2026   /s/ Benjamin Rudolph Delson

Benjamin Rudolph Delson (State Bar No. 337882)
Law Office of Rudolph Delson PC
2001 H Street
Sacramento, CA 95811
(916) 970-7100
rd@rudolphdelson.com
*Attorney for Plaintiff Christian Gates*


Dated: April 3, 2026   /s/ Robert Henkels

Rob Bonta (State Bar No. 202668)
Attorney General of California
Preeti Bajwa (State Bar No. 232484)
Supervising Deputy Attorney General
Robert W. Henkels (State Bar No. 255410)
Deputy Attorney General
455 Golden Gate Ave, Suite 11000
San Francisco, CA 94102-7004
(415) 510-3881
Robert.Henkels@doj.ca.gov
*Attorneys for Defendants S. Sergent et al.*

IT IS SO ORDERED.

Dated:  April 3, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Gate1576.stip(2)/2