IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

|  |  |
|---|---|
| **CHRISTIAN D. GATES,** | 2:22-cv-01576-CSK |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND DEADLINES** |
| **S. SERGENT, et al.,** | |
| Defendants. | |

Plaintiff Christian Gates (Plaintiff) and Defendants M. Culum, S. Reynolds, P. Gann, S. Sergent, and K. Baliton (Defendants), by and through their counsel of record, agree and stipulate as follows:

1.      Plaintiff is currently incarcerated with the California Department of Corrections and Rehabilitation (CDCR) and by Order dated November 18, 2025 the Court appointed Plaintiff his current trial counsel.  (ECF No. 69.)

2.      The current deadline to complete discovery expired April 30, 2026. (ECF No. 74.)

3.       Defendants would like to depose a key witness of Plaintiff's who is currently unhoused and they require additional time to locate the witness, serve him with a subpoena,

1

and coordinate his deposition.

4.    The parties have sought and received one prior extension of this deadline.  (ECF No. 74.)

5.    The parties agree that good cause supports a forty-five-day extension of the discovery deadline and this will allow sufficient time to locate the witness and conduct his deposition, if possible, and request that the deadline be extended to **June 15, 2026**; and

IT IS THEREFORE HEREBY STIPULATED AND AGREED THAT:

(1)    All fact discovery in this matter shall be concluded by June 15, 2026.

(2)    As with prior orders, and unless otherwise ordered by the Court, any experts shall be designated at least 90 days prior to trial; any rebuttal reports shall be designated at least 60 days prior to trial; and all expert discovery shall conclude at least 30 days prior to trial.

(3)    The parties request a Case Management Conference to be set following the close of discovery to assess trial and trial deadlines.

IT IS SO STIPULATED.

Dated:  April 30, 2026

ROB BONTA
Attorney General of California
JEFFREY T. FISHER
Supervising Deputy Attorney General

/s/ *Robert W. Henkels*
ROBERT W. HENKELS
Deputy Attorney General
*Attorneys for Defendants*

Dated:  April 30, 2026

Law Office of Rudolph Delson PC

/s/ **Benjamin Rudolph Delson**
Benjamin Rudolph Delson
*Attorney for Plaintiff Christian Gates*

2

## [MODIFIED] ORDER OF THE COURT

Pursuant to stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that:

(1)    All fact discovery in this matter shall be concluded by June 15, 2026.

(2)    Unless otherwise ordered by this Court, any experts shall be designated at least 90 days prior to trial; any rebuttal reports shall be designated at least 60 days prior to trial; and all expert discovery shall conclude at least 30 days prior to trial.

(3)    Within 30 days of the close of fact discovery on June 15, 2026, the parties are ordered to file a Joint Status Report regarding pretrial and trial scheduling.  After review of the Joint Status Report, the Court will schedule the requested Case Management Conference.

Dated:  May 7, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Gates1576.stip/2

Stipulation to Extend Discovery Deadline and Consent to Magistrate Judge (2:22-cv-01576-DAD-KJN)